

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2020

No. 04-19-00849-CV

**WEBB COUNTY, TEXAS**,
Appellant

v.

Ricardo 'Rick' Manuel **ROMO**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVI001385D4
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

Appellant's unopposed second motion for an extension of time to file the appellant's brief is granted. We order appellant to file the appellant's brief by February 10, 2020. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court